# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**TERRY PAUL GLENN JR.,**

    Plaintiff,

v.                                           Case No.: 3:22-cv-941-MMH-JBT

**BRIAN BRUENGER; JOSHUA TRUESDALE; and JOSHUA LATIMER,**

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS JOSHUA TRUESDALE AND JOSHUA LATIMER

The parties, by and through their respective undersigned counsel, hereby jointly stipulate to the dismissal of all claims against Joshua Truesdale and Joshua Latimer, with prejudice, with each party to bear their own expenses, fees, and costs, in accordance with Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

Respectfully submitted this 16th day of February, 2024.

| **LAW OFFICES OF C.W. WICKERSHAM, JR., P.A.** | **SNIFFEN & SPELLMAN, P.A.** |
|---|---|
| */s/ Christopher Wickersham, Jr.* <br> Christopher W. Wickersham, Jr. <br> Florida Bar No. 091703 <br> 2720 Park Street <br> Jacksonville, FL 32205 <br> Telephone: (904) 389-6202 <br> pleadings@chriswickersham.com <br> *Attorneys for Terry Paul Glenn, Jr.* | */s/ Michael P. Spellman* <br> Michael P. Spellman <br> Florida Bar No. 0937975 <br> 123 North Monroe Street <br> Tallahassee, FL 32301 <br> Telephone: (850) 205-1996 <br> mspellman@sniffenlaw.com <br> *Attorneys for Deputy Truesdale and Deputy Latimer* |

|  | **COPPINS MONROE, P.A.**<br><br>*/s/ Zackery Scharlepp*<br>Zackery Scharlepp<br>Florida Bar No. 085374<br>2316 Killearn Center Blvd.<br>Suite 202<br>Tallahassee, Florida 32309<br>Telephone: (850) 422-2420<br>zascharlepp@coppinsmonroe.com<br>*Attorneys for Brian Bruenger* |
|---|---|