# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

TERRY PAUL GLENN, JR.,

    Plaintiff,

v.    Case No. 3:22-cv-941-MMH-JBT

BRYAN BRUENGER, et al.,

    Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice of All Claims Against Defendants Joshua Truesdale and Joshua Latimer (Dkt. No. 90; Stipulation) filed on February 16, 2024. In the Stipulation, the parties request dismissal, with prejudice, of the claims raised by Plaintiff against Defendants Joshua Truesdale and Joshua Latimer. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. The claims raised by Plaintiff against Defendants Joshua Truesdale and Joshua Latimer are **DISMISSED with prejudice**.

2. Each party shall bear their own expenses, fees, and costs.

3. The Clerk of the Court is directed to terminate these Defendants.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of February, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record