# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

TERRY PAUL GLENN, JR.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.　3:22-cv-941-MMH-JBT

BRYAN BRUENGER, et al.,

    Defendants.

## **O R D E R**

**THIS CAUSE** is before the Court on the Mediation Report (Dkt. No. 91; Report) filed on February 16, 2024. In the Report, the mediator advises the Court that the parties have reached a settlement in this matter. See Report at 2. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **April 16, 2024**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **April 16, 2024**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The final pretrial conference scheduled for July 22, 2024, is cancelled, and this case is removed from the August 2024, trial term.

4. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of February, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record